

| | | | |
|---|---|---|---|
| Com. v. Zinser | 707 MDA 2016 Affirmed | 02/09/2017 | CP–22–CR–0004820–2015 (Dauphin) |
| Com. v. Burrows | 986 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/09/2017 | CP–54–CR–0002141–2015 (Schuylkill) |
| Com. v. Reyes | 991 MDA 2016 Affirmed | 02/09/2017 | CP–36–CR–0001001–2014 (Lancaster) |
| Pellman Electric v. Parrott Construction | 1365 WDA 2015 Affirmed | 02/09/2017 | GD 10 002006 (Allegheny) |
| Com. v. Gruver | 1876 WDA 2015 Affirmed | 02/09/2017 | CP–10–CR–0000072–2015 (Butler) |
| Com. v. Robinson [7] | 78 WDA 2016 Affirmed | 02/09/2017 | CP–02–CR–0006516–2015 (Allegheny) |
| Com. v. Cook | 234 WDA 2016 Vacated and Remanded | 02/09/2017 | CP–02–CR–0004927–2015 (Allegheny) |
| Com. v. Torres–Olan | 812 WDA 2016 Remanded | 02/09/2017 | CP–25–CR–0001888–2015 (Erie) |
| In re Adoption of A.M.; Appeal of J.S.M. | 859 WDA 2016 Affirmed | 02/09/2017 | 63–16–0236 (Washington) |
| Com. v. Blaski | 900 WDA 2016 Affirmed | 02/09/2017 | CP–43–CR–0000006–2003 CP–43–CR–0000895–2003 (Mercer) |
| Com. v. McCurdy | 1018 WDA 2016 Affirmed | 02/09/2017 | CP–37–CR–0000536–2006 (Lawrence) |
| In the Interest of N.C.; Appeal of J.B. | 1115 WDA 2016 Affirmed | 02/09/2017 | CP–07–DP–120–2015 /FID#07–FN–00065–2015 (Blair) |
| Com. v. Rogers | 1187 WDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/09/2017 | CP–25–CR–0001584–2001 (Erie) |
| Com. v. Aponte | 2842 EDA 2014 Affirmed | 02/10/2017 | CP–51–CR–0001449–2014 (Philadelphia) |
| Com. v. Rogers [8] | 1203 EDA 2015 Vacated and Remanded | 02/10/2017 | CP–51–CR–0002361–2013 (Philadelphia) |

7. Petition for reargument denied April 20, 2017.
8. Petition for reargument denied April 13, 2017.